**Entered on Docket**
**July 25, 2011**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: July 25, 2011

_____
**EDWARD D. JELLEN**
**U.S. Bankruptcy Judge**
_____

ROBERT C. BORRIS JR., ESQ. #85415
21550 Foothill Blvd
Hayward, CA 94541
(510) 581 7111 Fax 582 6729
rborrisjr@aol.com

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re ) Chapter 13 N0 11-44213
)
KAREN FRANCISCO )
)
    Debtors )

## ORDER VALUING LIEN OF PNC BANK (NA)

On June 8, 2011, Debtors filed a motion to value the lien of PNC BANK NA recorded against the Debtor's real property commonly known as **31 Excelsior, Oakland, California** on or about **2/13/2007** as Alameda County Recorder's Office **document #2007069236**. (hereinafter the "Lien").

The Court finds that notice of the motion upon said lienholder was proper. Said creditor having failed to file timely opposition to Debtors' motion, the court hereby orders as follows:

(1) For purposes of Debtor's chapter 13 plan only, the Lien is valued at zero, PNC

Bank does not have a secured claim, and the Lien may not be enforced, pursuant to 11 U.S.C. §§ 506, 1322 (b)(2) and 1327.

(2) This order shall become part of Debtor's confirmed chapter 13 plan.

(3) Upon entry of a discharge in Debtor's chapter 13 case, the Lien shall be voided for all purposes, and upon application by Debtors, the court will enter an appropriate form of judgment voiding the Lien.

(4) If Debtor's chapter 13 case is dismissed or converted to one under another chapter before Debtors obtain a discharge, this order shall cease to be effective and the Lien shall be retained to the extent recognized by applicable nonbankruptcy law, and upon application by PNC Bank, the court will enter an appropriate form of order restoring the Lien.

(5) Except as provided by separate, subsequent order of this court, the Lien may not be enforced so long as this order remains in effect.

End of Order

<pre>
                                Court Service List

PNC Bank National Association
attn: Officer
222 Delaware Avenue
Wilmington, Delaware 19899

Martha Bronitsky
24301 Southland Drive 200
Hayward, CA 94545
</pre>