Entered on Docket
September 15, 2011
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: September 14, 2011

_____
EDWARD D. JELLEN
U.S. Bankruptcy Judge
_____

ROBERT C. BORRIS JR., ESQ. #85415
21550 Foothill Blvd
Hayward, CA 94541
(510) 581 7111 Fax 582 6729
rborrisjr@aol.com

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re                                    ) Chapter 13 N0 11-44213
                                         )
KAREN FRANCISCO                          )
                                         )
    Debtors                              )

## ORDER VALUING LIEN OF NORCAL

On August 2, 2011, Debtor filed a motion to value the lien of NORCAL (Northern California Small Business Financial Development Corporation) recorded against the Debtor's real property commonly known as **31 Excelsior, Oakland, California** on or about **June 28, 2007** as Alameda County Recorder's Office **document #2007240120**. (hereinafter the "Lien").

The Court finds that notice of the motion upon said lien holder was proper. Said creditor having failed to file timely opposition to Debtors' motion, the court hereby orders as follows:

(1) For purposes of Debtor's chapter 13 plan only, the Lien is valued at zero (-0-) PNC Bank does not have a secured claim, and the Lien may not be enforced, pursuant to 11 U.S.C. §§ 506, 1322 (b)(2) and 1327.

(2) This order shall become part of Debtor's confirmed chapter 13 plan.

(3) Upon entry of a discharge in Debtor's chapter 13 case, the Lien shall be voided for all purposes, and upon application by Debtor, the court will enter an appropriate form of judgment voiding the Lien.

(4) If Debtor's chapter 13 case is dismissed or converted to one under another chapter before Debtor obtains a discharge, this order shall cease to be effective and the Lien shall be retained to the extent recognized by applicable nonbankruptcy law, and upon application by NORCAL, the court will enter an appropriate form of order restoring the Lien.

(5) Except as provided by separate, subsequent order of this court, the Lien may not be enforced so long as this order remains in effect.

End of Order

Court Service List

Northern California Small Business Financial Development Corporation
NORCAL
ATTN: Officer Lyn Boone, Compliance Officer
300 Frank H. Ogawa Plaza, Suite 208
Oakland, CA 94612

Martha Bronitsky
24301 Southland Drive 200
Hayward, CA 94545